# United States District Court

WESTERN DISTRICT OF WASHINGTON

FONDIA MOORE                             JUDGMENT IN A CIVIL CASE

v.

DOUG WADDINGTON, et al.             CASE NUMBER: C06-5449RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The court has reviewed the Report and Recommendation and concurs with the recommendation of the magistrate judge; this action is DISMISSED WITHOUT PREJUDICE.

April 17, 2007                                           BRUCE RIFKIN
                                                                       Clerk

                                                                       /s/Dara L. Kaleel
                                                                       By Dara L. Kaleel, Deputy Clerk